1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   SCOTT ROBERT ATKINSON,

10          Plaintiff,                    No. 2:11-cv-0210 MCE JFM (PC)

11      vs.

12   MATTHEW CATE, et al.,

13          Defendants.              <u>ORDER</u>

14   _____/

15          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action

16   seeking relief pursuant to 42 U.S.C. § 1983.

17          On April 22, 2011, the court ordered the United States Marshal to serve process

18   upon defendants in this case.  The Marshal was directed to attempt to secure a waiver of service

19   before attempting personal service on defendants.  If a waiver of service was not returned within

20   sixty days, the Marshal was directed to effect personal service on the defendant in accordance

21   with the provisions of Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c),

22   without prepayment of costs, and to file the return of service with evidence of any attempt to

23   secure a waiver of service and with evidence of all costs subsequently incurred in effecting

24   personal service.

25          On August 24, 2011, the United States Marshal filed a return of service with a

26   USM-285 form showing total charges of $55.00 for effecting personal service on defendant D.

1

1    Thomason.  The form shows that a waiver of service form was mailed to the defendant on April

2    22, 2011, and that no response was received.

3              Rule 4 of the Federal Rules of Civil Procedure provides, in pertinent part, as

4    follows:

5              An individual, corporation, or association that is subject to service
               under subdivision (e), (f), or (h) and that receives notice of an
6              action in the manner provided in this paragraph has a duty to avoid
               unnecessary costs of serving the summons . . . .
7
               If a defendant located within the United States fails to comply with
8              a request for waiver made by a plaintiff located within the United
               States, the court shall impose the costs subsequently incurred in
9              effecting service on the defendant unless good cause for the failure
               be shown.
10

11   Fed. R. Civ. P. 4(d)(2).

12             The court finds that defendant D. Thomason was given the opportunity required

13   by Rule 4(d)(2) to waive service and has failed to comply with the request.

14             Accordingly, IT IS HEREBY ORDERED that:

15             1.  Within fourteen days from the date of this order defendant D. Thomason shall

16   pay to the United States Marshal the sum of $55.00, unless within that time defendant files a

17   written statement showing good cause for his failure to waive service.  The court does not intend

18   to extend this fourteen day period.

19             2.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

20   Marshal.

21   DATED:  September 13, 2011.

22

23                                    UNITED STATES MAGISTRATE JUDGE

24

25   12
     atki0210.taxcost(4)
26

2