IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT ROBERT ATKINSON,

    Plaintiff,                    No. 2:11-cv-0210 MCE JFM (PC)

    vs.

MATTHEW CATE, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983. By orders filed September 14, 2011, defendants Babtista, King, Knipp, and Thomason were each ordered to, within fourteen days, pay the United States Marshal the cost of personal service unless within that time they filed written statements showing good cause for their failures to waive service. On September 27, 2011, defendants filed a response to the September 14, 2011 orders. The response does not show good cause for the failure to waive service.

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that the September 14, 2011 orders directing defendants Babtista, King, Knipp and Thomason to pay to

/////

/////

/////

1

1  the United States Marshal the costs of personal service are confirmed.  Said payments shall be
2  made within ten days from the date of this order.
3  DATED: October 18, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
atki0206.taxcostconf