1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SCOTT ROBERT ATKINSON,

11            Plaintiff,                          No.  2:11-cv-0210 MCE JFM (PC)

12        vs.

13    MATTHEW CATE, et al.,

14            Defendants.                         <u>ORDER</u>

15    _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On March 20, 2012, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within fourteen days.

22    Defendants have filed objections to the findings and recommendations.

23            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24    304, this court has conducted a <u>de novo</u>  review of this case.  Having carefully reviewed the

25    entire file, the court finds the findings and recommendations to be supported by the record and by

26    proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 20, 2012 (ECF No. 44), are ADOPTED in full;

2.  Defendants' October 27, 2011, motion to dismiss (ECF No. 33) is DENIED; and

3.  Defendants Cate, Martell, King and Thomason are directed to answer plaintiff's first amended complaint within twenty days from the date of this order.

Dated:  June 13, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2