IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT ROBERT ATKINSON,

      Plaintiff,                     No. 2:11-cv-0210 TLN JFM (PC)

      vs.

MATTHEW CATE, et al.,

      Defendants.              <u>ORDER</u>

                             /

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed August 20, 2013, the court determined that this matter will be set for mandatory settlement conference and the parties were each directed to inform the court in writing whether they wished to proceed with the settlement conference before the undersigned or another Magistrate Judge of this Court. Order filed August 20, 2013 (ECF No. 68). On August 26, 2013, plaintiff filed notice waiving disqualification of the undersigned (ECF No. 69) and on September 3, 2013, defendants also filed notice waiving disqualification of the undersigned. Good cause appearing, this matter will be set for settlement conference before the undersigned.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. This matter is set for settlement conference before the undersigned on November 1, 2013 at 9:00 a.m. in Courtroom 26.

2. The parties are directed to submit confidential settlement conference statements on or before October 25, 2013 to the following email address: acorders@caed.uscourts.gov. Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (L.R. 270(d).

3. All parties are required to have principals present at the settlement conference. A writ of habeas corpus ad testificandum for plaintiff's presence at the settlement conference accompanies this order.

DATED: September 5, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

12
atki0210.set