UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROBERT ATKINSON,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>Defendant. | No. 2:11-cv-0210 TLN AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, a Buddhist, claims that his First Amendment right to practice his religion is violated by the prison's failure to provide a vegan diet. By order filed August 20, 2013, defendants' motion for summary judgment was denied without prejudice to renewal and a settlement conference was scheduled. A settlement conference was held on November 1, 2013. Proceedings were continued until January 30, 2014 to permit defendants to explore the feasibility of potential settlement terms. Due to court error, no writ issued to secure plaintiff's appearance at the January 30, 2014 settlement conference. Defendants have now informed the court that the previously discussed terms will not provide a basis to settle the case. Accordingly, the further settlement conference will not be rescheduled but instead will be vacated.

Defendants may re-notice their previously filed motion for summary judgment, or file a new motion for summary judgment, within fourteen (14) days. If no dispositive motion is filed

1

1 within fourteen (14) days, the case will be scheduled for trial.

2 DATED: January 27, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE