UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROBERT ATKINSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW CATE, Secretary of Corrections; MIKE MARTELL, Warden (A); WILLIAM KNIPP, Associate Warden; JUANITA GREEN, dietitian; S. KING, Office Assistant; D. THOMASON, Appeals Coordinator; DIOGO BAPTISTA, Catholic Chaplain; and DOES 1-25, in their official and individual capacities,<br><br>　　　　　　Defendants. | Case No.  2:11-cv-00210-TLN-AC<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR SUMMARY JUDGMENT MOTION**<br><br>[~~PROPOSED~~] |

　　The Court hereby grants the Ex Parte Application of Defendants D. BAPTISTA, M. CATE, J. GEURIN, S. KING, W. KNIPP, M. MARTEL and D. THOMASON, for an order granting leave to file a 35 page motion for summary judgment.

　　IT IS SO ORDERED:

Dated: February 11, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 1 -

2:11-CV-00210-TLN-AC
PROPOSED ORDER GRANTING LEAVE
TO EXCEED PAGE LIMITS