UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROBERT ATKINSON,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, Secretary of Corrections; MIKE MARTELL, Warden (A); WILLIAM KNIPP, Associate Warden; JUANITA GREEN, dietitian; S. KING, Office Assistant; D. THOMASON, Appeals Coordinator; DIOGO BAPTISTA, Catholic Chaplain; and DOES 1-25, in their official and individual capacities,<br><br>Defendants. | Case No. 2:11-cv-00210 TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE**<br><br>[~~PROPOSED~~] |

///
///
///
///
///
///
///
///

1    GOOD CAUSE APPEARING, based on stipulation of the parties;

2    IT IS HEREBY ORDERED that Defendants D. BAPTISTA, M. CATE, J.

3 GEURIN, S. KING, W. KNIPP, M. MARTEL, and D. THOMASON, are hereby

4 dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule

5 41(a)(1)(ii), each party to bear their own fees and costs.

6    IT IS SO ORDERED.

7
Dated: March 14, 2014                           _____
8                                                ALLISON CLAIRE
                                                 UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

2:11-CV-00210 TLN AC (PC)
PROPOSED ORDER

Respectfully Submitted,

Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
Mitchell A. Wrosch, (SBN 262230)
E-mail: mwrosch@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600  Fax:  213.236.2700

Attorneys for Defendants
D. BAPTISTA,  M. CATE, J. GEURIN, S. KING, W. KNIPP, M. MARTEL and D. THOMASON